# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH MATTHEW BALLANTYNE, <br><br> Defendant. | CR 11-43-BLG-SPW <br><br><br> ORDER |

Upon the Defendant's Unopposed Motion for Leave to File Mental Health Evaluation Under Seal (Doc. 97), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's mental health evaluation is filed under seal.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1