IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

OCT 2 3 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MATTHEW<br>BALLANTYNE,<br><br>Defendant. | CR 11-43-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Petition Alleging a Violation of Supervised Release Conditions (Doc. 113), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 113) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Final Revocation Hearing set for Wednesday, October 24, 2018 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Defendant, Joseph Matthew Ballantyne be released from the custody of the U.S. Marshals Service.

DATED this 22nd day of October, 2018.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1